IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STEVEN SESMA,<br><br>        Defendant. | ) No. 6:12-MJ-00031-MJS<br>)<br>) ORDER OF RELEASE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    The above named defendant having been sentenced on

May 27, 2015 to 45 DAYS (30 DAYS SUSPENDED WITH CREDIT FOR 4

DAYS TIME SERVED,

    IT IS HEREBY ORDERED that the defendant shall be released

FORTHWITH.  A certified Judgment and Commitment order to follow.


IT IS SO ORDERED.

    Dated:   **May 27, 2015**                    **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

Order of Release - 1